IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SINA MOGHTADER<br>*Plaintiff*<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS, ROSS UNIVERSITY<br>SCHOOL OF MEDICINE,<br>DAVID E MELNICK,<br>DEVRY MEDICAL<br>INTERNATIONAL, INC. AND<br>DEVRY EDUCATIONAL GROUP, INC<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 5:15-cv-00508-FB |

## AFFIDAVIT

Before me, the undersigned authority, on this 10th day of July, 2015, personally appeared Sina Moghtader, who stated on his oath that the facts and circumstances set out in his Original Complaint against the Defendants herein are true and correct.

_____
Sina Moghtader

_____
Notary Public in and for the State of Texas



MICHELE LEE BETKER
Notary Public, State of Texas
My Commission Expires
January 27, 2018