IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, | § |
| *Plaintiff*, | § |
| v. | § |
| | § Civil Action No. 5:15-cv-00508-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, *et al.*, | § |
| **Defendants.** | § |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant National Board of Medical Examiners ("NBME") states that it does not have any parent corporation. NBME is not a publicly held corporation, and therefore no other publicly held corporation owns 10% or more of its stock.

Dated:  August 3, 2015

Respectfully submitted,

/s/ Joseph A. Bourbois
Joseph A. Bourbois
Texas State Bar No.: 00790342
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile:   (210) 270-7205
Joseph.bourbois@nortonrosefulbright.com

Robert A. Burgoyne (*pro hac vice* application to be filed with the Court)
D.C. Bar No.:  366757
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001-4501
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Robert.burgoyne@nortonrosefulbright.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BOARD OF MEDICAL EXAMINERS AND DONALD E. MELNICK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2015, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Donald G. Henslee
Law Offices of Donald G. Henslee
700 Lavaca Street, Suite 1400
Austin, TX 78701

*/s/ Joseph A. Bourbois*
Joseph A. Bourbois