UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

Sina Moghtader

vs.                                                    Case No.:   5:15-cv-00508-FB

National Board of Medical Examiners, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Robert A. Burgoyne__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __National Board of Medical Examiners and Donald E. Melnick__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Norton Rose Fulbright US LLP__ with offices at:

   Mailing address: __799 9th Street, NW, Suite 1000__

   City, State, Zip Code: __Washington, DC 20001__

   Telephone: __202-662-4513__    Facsimile: __202-662-4643__

2. Since __1982__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __District of Columbia__.

   Applicant's bar license number is __366757__.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:

   __Please see attached list__

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Joseph A. Bourgois

Mailing address: Norton Rose Fulbright US LLP, 300 Convent Street, Suite 2100

City, State, Zip Code: San Antonio, Texas 78205-3792

Telephone: 210 224 5575

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Robert A. Burgoyne to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert A. Burgoyne
[printed name of Applicant]

_[signature]_
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 4th day of August, 2015.

Robert A. Burgoyne
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## Court Admissions: Robert A. Burgoyne

| | | |
|---|---|---|
| US Supreme Court | 1988 | Active/Good Standing |
| US Court of Appeals for the District of Columbia | 1983 | Active/Good Standing |
| US Court of Appeals for the Second Circuit | 1990 | Active/Good Standing |
| US Court of Appeals for the Third Circuit | 1995 | Active/Good Standing |
| US Court of Appeals for the Fourth Circuit | 1987 | Active/Good Standing |
| US Court of Appeals for the Fifth Circuit | 1983 | Active/Good Standing |
| US Court of Appeals for the Seventh Circuit | 1993 | Active/Good Standing |
| US Court of Appeals for the Ninth Circuit | 2009 | Active/Good Standing |
| US Court of Appeals for the Tenth Circuit | 1989 | Active/Good Standing |
| US Court of Appeals for the Eleventh Circuit | 1989 | Active/Good Standing |
| Court of Appeals, District of Columbia | 1982 | Active/Good Standing |
| US District Court for the Eastern District Of Pennsylvania | 2006 | Active/Good Standing |
| District of Columbia Bar (No. 366757) | 1982 | Active/Good Standing |
| Pennsylvania Bar (No. 77964) | 1996 | Inactive/Good Standing |

48615044.1