UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

Sina Moghtader

vs.

Case No.: 5:15-cv-00508-FB

National Board of Medical Examiners, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Robert A. Burgoyne__, counsel for __National Board of Medical Examiners, et al.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Robert A. Burgoyne__ may appear on behalf of __National Board of Medical Examiners and Donald E. Melnick__ in the above case.

IT IS FURTHER ORDERED that __Robert A. Burgoyne__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Chief Judge Fred Biery