

**Paula S. Wales** Ed.D.
*Senior Associate Dean, Student Affairs*
*Professor of Behavioral Sciences*
2300 SW 145th Avenue, Suite 200, Miramar, FL 33027
(o) 754-208-4743
(f) 754-208-4746
PWales@RossU.edu

August 4, 2015

Sina Moghtader
7911 Sierra Seco
San Antonio, TX 78240

Dear Mr. Moghtader,

Dr. Flaherty has carefully reviewed your academic record and your appeal of the Student Promotions Committee's recommendation that you be dismissed for failing to complete all RUSM requirements within seven years of matriculation.   He has agreed to grant you appeal and permit you one last attempt at USMLE Steps 2 CK and CS.  You must take and pass both examinations by July 31, 2016 or you will be dismissed from RUSM.   No additional extensions will be granted.

In preparation for these exams, you are strongly encouraged to take:  (1) the Comprehensive Clinical Examination before sitting for USMLE Step 2 CK   and (2) a USMLE Step 2 CS mock exam or a clinical skills elective before taking USMLE Step 2 CS.   If you need additional information about these preparation exams, you may contact the office of the Registrar.

Sincerely,

*[signature]*

Paula S. Wales, Ed.D.
Senior Associate Dean, Student Affairs
Professor, Behavioral Sciences

Cc:
Dr. Mucciola, Chair of Promotions Committee
Sandra Herrin, University Registrar
Student Finance
Student File @00200073

**EXHIBIT 1**