IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SINA MOGHTADER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:15-cv-00508-FB |
| NATIONAL BOARD OF MEDICAL | § | |
| EXAMINERS, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

**PROPOSED ORDER GRANTING DEFENDANTS ROSS UNIVERSITY SCHOOL OF MEDICINE, DEVRY MEDICAL INTERNATIONAL, INC., AND DEVRY EDUCATIONAL GROUP, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pending before the Court is Defendants Ross University School of Medicine ("RUSM"), DeVry Medical International, Inc. ("DeVry Medical"), and DeVry Educational Group, Inc.'s ("DeVry Education") (collectively the "DeVry Defendants") Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, including their Supporting Points and Authorities ("Motion to Dismiss").

After considering the Motion to Dismiss, together with the responses and/or replies to the Motion to Dismiss, the record, the applicable law and arguments of counsel, the Court is of the opinion that the Motion to Dismiss is well-taken and should be GRANTED.

It is THEREFORE ORDERED that the DeVry Defendant's Motion to Dismiss is GRANTED in its entirety.

It is FURTHER ORDERED that Plaintiff shall take nothing by virtue of his claims against the DeVry Defendants, and that Plaintiff's claims against the same are DISMISSED WITH PREJUDICE.

This is a final order.

Signed this ____ day of _____, 2015

_____
CHIEF JUDGE FRED BIERY
UNITED STATES DISTRICT COURT