**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SINA MOGHTADER,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:15-cv-00508-FB** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS, *et al.*,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1(a), Defendants Ross University School of Medicine ("RUSM"), DeVry Medical International, Inc. ("DeVry Medical"), and DeVry Educational Group, Inc. ("DeVry Education") state the following:

1. DeVry Education states that it does not have any parent corporations. DeVry is a publicly held corporation, but no other publicly held corporation owns 10% or more of its stock.

2. DeVry Medical states that (1) DeVry Education is its 100% parent corporation, and (2) DeVry Education is a publicly held corporation.

3. RUSM states that (1) Ross University Management, Inc. is its 100% parent corporation, and (2) no publicly held corporation owns 10% or more of its stock.

Dated: August 7, 2015

Respectfully submitted,

**BAKERHOSTETLER LLP**

By: *_/s/ Dennis P. Duffy_*

Dennis P. Duffy – Lead Counsel
State Bar No. 06168900
dpduffy@bakerlaw.com
John W. Petrelli, III
State Bar No. 24056125
jpetrelli@bakerlaw.com
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

**ATTORNEYS FOR DEFENDANTS DEVRY MEDICAL INTERNATIONAL, INC., DEVRY EDUCATIONAL GROUP, INC., AND ROSS UNIVERSITY SCHOOL OF MEDICINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2015, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Joseph A. Bourbois
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: 210.224-5575
Facsimile: 210.270.7205
Joseph.bourbois@nortonrosefulbright.com

Robert A. Burgoyne
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001-4501
Telephone: 202.662.0200
Facsimile: 202.662.4643
Robert.burgoyne@nortonrosefulbright.com

Donald G. Henslee
Law Offices of Donald G. Henslee
700 Lavaca Street, Suite 1400
Austin, TX 78701

*/s/ Dennis P. Duffy*
Dennis P. Duffy