```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                        SAN ANTONIO DIVISION

SINA MOGHTADER,                      *
                                     *
          Plaintiff,                 *
                                     *
     v.                              *     CIV. NO. SA-15-CA-508-FB
                                     *
NATIONAL BOARD OF MEDICAL            *
EXAMINERS, ET AL,                    *
                                     *
          Defendants.                *
```

## ORDER

Before the Court is defendant's motion requesting authorization for Robert A. Burgoyne to appear *pro hac vice*. (Docket no. 9). Having considered the motion, the Court is of the opinion that Mr. Burgoyne's motion should be **GRANTED**.

Mr. Burgoyne is a licensed member of the bar of the State of District of Columbia and the Pennsylvania Bar, and is admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, the U.S. Court of Appeals for the Second, Third, Fourth, Fifth, Seventh, Ninth, Tenth, and Eleventh Circuits, the Court of Appeals for the District of Columbia, and the U.S. District Court for the Eastern District Of Pennsylvania. Burgoyne is a member in good standing in the above-mentioned courts and has co-counsel in this case who is admitted to practice before the Western District of Texas. Further, Mr. Burgoyne states he has not previously applied to appear *pro hac vice* in this district; has not been charged, arrested, or convicted of a criminal offense or

offenses; and that he has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

Accordingly, the Court is of the opinion that Mr. Burgoyne's motion to appear *pro hac vice* is meritorious and should be **GRANTED**.

The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. However, this Court has made an exception for out-of-district counsel if their practice in the Western District will be limited to one case.  Should counsel desire to appear in another case in the district *pro hac vice*, it is his duty to notify this Court of the second application and the court in which he appears of this earlier application.  The Court will then order Mr. Burgoyne to apply for admission to the Western District of Texas.

In any event, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, attorneys admitted to practice *pro hac vice* **must** register as filing users within 10 days of this Order.

It is so **ORDERED**.

**SIGNED** August 20, 2015.

```
                              _____
                              JOHN W. PRIMOMO
                              UNITED STATES MAGISTRATE JUDGE
```