```
              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
                  SAN ANTONIO DIVISION
```

SINA MOGHTADER,                     \*
                                    \*
       Plaintiff,       \*
                                    \*
v.                                  \*   CIVIL NO. SA-15-CA-00508-FB
                                    \*
NATIONAL BOARD OF MEDICAL EX-       \*
AMINERS, ROSS UNIVERSITY            \*
SCHOOL OF MEDICINE, DEVRY           \*
MEDICAL INTERNATIONAL, INC,         \*
DEVRY EDUCATIONAL GROUP, INC,
DAVID E MELNICK,

       Defendants.

## O R D E R

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon;

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to this District Court for all purposes.

**SIGNED** October 1, 2015.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE