IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |  |
|---|---|---|
| SINA MOGHTADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-15-CA-508-FB |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS, ROSS UNIVERSITY | ) | |
| SCHOOL OF MEDICINE, DAVID E. | ) | |
| MELNICK, DEVRY MEDICAL | ) | |
| INTERNATIONAL, INC., and | ) | |
| DEVRY EDUCATIONAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Memorandum and Recommendation (docket no. 14) of the United States Magistrate Judge  No objections to the Memorandum and Recommendation have been filed.[1]

Because no party has objected to the Magistrate Judge's Memorandum and Recommendation, the Court need not conduct a de novo review.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  The Court has reviewed the Memorandum and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law.  *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his written objections within ten days after being served with a copy of the findings and recommendation.  28 U.S.C. § 635(b)(1). Service upon a party may be made by mailing a copy to the party's last known address or by electronic means.  Fed. R. Civ. P. 5(b)(B), (D).  Service by mail is complete upon mailing.  Service by electronic means is complete upon transmission.  *Id.*

IT IS THEREFORE ORDERED that the Memorandum and Recommendation (docket no. 14) of the United States Magistrate Judge is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that defendants' motions to dismiss (docket nos. 7 & 10) are GRANTED.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are dismissed as moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of October, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE