IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CIVIL ACTION NO. SA-15-CA-508-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ROSS UNIVERSITY SCHOOL OF MEDICINE, DAVID E. MELNICK, DEVRY MEDICAL INTERNATIONAL, INC., and DEVRY EDUCATIONAL GROUP, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Memorandum and Recommendation of the United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Memorandum and Recommendation (docket no. 14) of the United States Magistrate Judge is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that defendants' motions to dismiss (docket nos. 7 & 10) are GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are dismissed as moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of October, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE